600 A.2d 190

**ABINGTON GUN SPECIALTIES, INC.**

v.

**SPORTSMAN'S EMPORIUM, LTD., and Andrew Tabas.**

Appeal of Andrew TABAS.

Supreme Court of Pennsylvania.

Argued Dec. 5, 1991.

Decided Jan. 10, 1992.

Van Weiss, King of Prussia, for appellant.

Mark Ashton, Paoli, for Sportsman's Emp., Ltd.

Charles I. Richman, Philadelphia, for Abington Gun Spec., Inc.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Order affirmed.